UNITED STATES of America,
Plaintiff–Appellee,

v.

Maurice HAYNES, a.k.a. Mauricio
Livingston, Defendant–
Appellant.

No. 11–11221
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 24, 2011.

Steven E. Butler, Assistant U.S. Attorney, Kenyen Ray Brown, U.S. Attorney, Donna Barrow Dobbins, Gina S. Vann, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Arthur J. Madden, III, Madden & Soto, Mobile, AL, for Defendant–Appellant.

Before WILSON, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Arthur J. Madden, III, appointed counsel for Maurice Haynes, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Haynes's conviction and sentence are **AFFIRMED.** This case is **REMANDED** to the district court, however, with instructions to correct a clerical error in the written judgment. *See United States v. Diaz,* 190 F.3d 1247, 1251–53 (11th Cir. 1999) (remanding for the purpose of correcting clerical error in the defendant's judgment). Rather than indicating that Haynes pled guilty, the judgment should indicate that Haynes was found guilty by a jury after pleading not guilty.